# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID BIGI, et al.,

                    Plaintiffs,     :     Case No. 3:14-cv-282

                                                    District Judge Walter Herbert Rice
-    vs  -                                     Magistrate Judge Michael R. Merz

OFFICER MARK BROWN, et al.,

                    Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #22), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       Accordingly, it is hereby ORDERED that the Amended Complaint (Doc. #9) is dismissed with prejudice. This case is TERMINATED on the docket of this Court.

November **26**, 2014.

                                                                         Walter Herbert Rice
                                                                    United States District Judge